UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| MARK GRIFFIOEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| vs. ) | No. 13cv0066 EJM |
| ) | |
| CEDAR RAPIDS AND IOWA CITY ) | ORDER |
| RAILWAY COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court on excited motion practice, to wit: Plaintiffs' resisted Expedited Motion to Stay All Proceedings Pending Ruling On Plaintiffs' Motion to Remand, filed August 22, 2013, resisted by two of the defendants (the two defendants which have motions pending, which motions plaintiffs here seek to stay), filed the next day, August 23, 2013, with a reply brief filed by movant/plaintiffs on Sunday, August 25, 2013. Denied.

No good cause appears to stay these proceedings. Cedarapids, Inc. v. Chicago, Central & Pacific R. Co., 265 F.Supp.2d 1005 (N.D.Iowa 2003).

It is therefore

ORDERED

Denied.

August 27, 2013

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT