IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| MARK GRIFFIOEN, JOYCE LUDVICEK, MIKE LUDVICKE, SANDRA SKELTON, and BRIAN VANOUS, | No. C 13-66-EJM |
| Plaintiffs, | JUDGMENT |
| vs. | |
| CEDAR RAPIDS AND IOWA CITY RAILWAY COMPANY, ALLIANT ENERGY CORPORATION, UNION PACIFIC RAILROAD COMPANY, UNION PACIFIC CORPORATION, HAWKEYE LAND CO., HAWKEYE LAND II CO, HAWKEYE LAND NFG, INC., STICKLE ENTERPRISES, LTD, MIDWESTERN TRADING, INC., MIDWEST THIRD PARTY LOGISTICS, INC. a/k/a MIDWEST 3PL, STICKLE GRAIN CO., STICKLE WAREHOUSING, INC., RICK STICKLE, and MARSHA STICKLE, | |
| Defendants. | |

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to the Order filed on September 18, 2013 (docket number 53):

Judgment is entered in favor of the Defendants and against the Plaintiffs. Complaint dismissed. This case is transferred to the Surface Transportation Board for resolution of all remaining issues.

Dated September 18, 2013

                                        ROBERT L. PHELPS
                                        CLERK

                                        _____
                                        Deputy Clerk